UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**JAVIER GUZMAN TOVAR,**

   *Plaintiff*,

v.

**KRISTI NOEM, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY; TODD M. LYONS, ACTING DIRECTOR OF ICE; PAM BONDI, U.S. ATTORNEY GENERAL; MIGUEL VERGARA, FIELD OFFICE DIRECTOR OF ENFORCEMENT AND REMOVAL OPERATIONS, SAN ANTONIO FIELD OFFICE; WARDEN, SOUTH TEXAS DETENTION FACILITY, DEPARTMENT OF HOMELAND SECURITY,**

   *Defendants*.

Case No.  SA-25-CV-01509-JKP

**O R D E R**

    Before the Court is Petitioner Javier Guzman Tovar's Petition for Writ of Habeas Corpus and Motion for Temporary Restraining Order. *ECF Nos. 1,2*.

    Respondents are **ORDERED** to file responses to Tovar's Writ of Habeas Corpus and Motion for Temporary Restraining Order **no later than Tuesday, November 25, 2025, at 4:00 p.m**. Petitioner Tovar shall have seven days from the date the responses are filed to file replies.

    **IT IS ORDERED** that any possible or anticipated removal or transfer is IMMEDIATELY STAYED until further order from this Court. Respondents shall not transfer Javier Guzman

Tovar outside of this judicial district during the pendency of this litigation and until further Order of this Court allowing removal or transfer.

**IT IS ORDERED** the District Clerk shall furnish the Office of the United States Attorney in San Antonio, Texas, with copies of the Petition and Motion for Temporary Restraining Order (*ECF Nos. 1,2*) and this Order by CM/ECF and by certified mail, return-receipt requested, which shall constitute sufficient service of process on all Respondents, unless otherwise contested.

It is so ORDERED.
SIGNED this 19th day of November, 2025.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE