**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

**JAVIER GUZMAN TOVAR,**

    *Petitioner,*

**v.**                                       **Case No. 5:25-CV-1509-JKP**

**KRISTI NOEM, Secretary of U.S.**
**Department of Homeland Security,**
**et al.,**

    *Respondents.*

**ORDER GRANTING MOTION**
**FOR ADMISSION PRO HAC VICE**

Before the Court is a *Motion for Admission Pro Hac Vice* (ECF No. 3). Having considered the motion, the Court finds that the applicant, Jered Dobbs, has complied with the requirements of Local Court Rule AT-1(f)(2). Accordingly, it **GRANTS** the motion and Applicant may appear pro hac vice on behalf of Petitioner. By appearing in this case, the applicant becomes subject to the rules of this Court. If Applicant has not already done so, he/she shall immediately tender the amount of $100.00, made payable to: Clerk, U.S. District Court.

Additionally, pursuant to Administrative Policies and Procedures for Electronic Filing, the applicant must register for electronic filing within ten days of this Order. If he/she has not already done so, Applicant shall promptly submit an application to be admitted to practice in the United States District Court for the Western District of Texas in the manner set forth in the Local Rules. Applicant shall not be permitted to appear pro hac vice in any other actions in this District without first being admitted to practice in the United States District Court for the Western District of Texas. Finally, while providing representation in this case, the applicant shall abide by all Local Rules for the Western District of Texas and shall be bound by said rules.

**IT IS SO ORDERED** this 25th day of November 2025.

**JASON PULLIAM**
**UNITED STATES DISTRICT JUDGE**