UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

JAVIER GUZMAN TOVAR,

     Petitioner,

v.                                                                Case No. 5:25-CV-1509-JKP

KRISTI NOEM, Secretary of U.S.
Department of Homeland Security,
et al.,

     Respondents.

### FINAL JUDGMENT

     For the reasons set forth in the Court's Order issued on this date, Petitioner's petition for writ of habeas corpus is **GRANTED.** Petitioner Javier Guzman Tovar shall be released from detention in accordance with that order.

     The Clerk of Court is **DIRECTED** to close this case.

     **IT IS SO ORDERED this 25th day of November 2025.**

JASON PULLIAM
UNITED STATES DISTRICT JUDGE